UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JOHNNY LEE YOUNG | CIVIL ACTION NO. 16-278-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| RAMON L. EMANUEL | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, no objections having been filed, and determining that the findings of the Magistrate Judge are correct under the applicable law;

**IT IS ORDERED** that Petitioner's Petition for Writ of Habeas Corpus (Record Document 1) is **dismissed without prejudice** for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 29th day of November, 2016.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE